## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jennifer E. McDowell, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 809 C.D. 2020 |
| | : | |
| Department of Human Services | : | |

**PER CURIAM**                    **O R D E R**

NOW, November 8, 2021, having considered Appellant's application for reconsideration, the application is denied.